```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ANGELINE SWINTON, et al.,

                    Plaintiffs,

      -against-

UNITED STATES OF AMERICA,

                    Defendant.

-------------------------------------------------------------X

21-CV-10827 (ER)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

      On Thursday, March 21, 2024, the Honorable Edgardo Ramos assigned this matter to my docket for settlement. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. As soon as practicable, the parties are directed to contact Courtroom Deputy Diljah Shaw with both parties on the email, at diljah_shaw@nysd.uscourts.gov, to schedule a settlement conference for a time when they believe it would be productive.

**SO ORDERED.**

                                                                     SARAH NETBURN
                                                                     United States Magistrate Judge

DATED:     March 26, 2024
               New York, New York