**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

ANGELINE SWINTON, et al.,

                             **Plaintiffs,**

           **-against-**

UNITED STATES OF AMERICA,

                             **Defendant.**

-----------------------------------------------------------------X

**21-CV-10827 (SN)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/19/2024

**SARAH NETBURN, United States Magistrate Judge**:

The parties have reached a settlement agreement. Because the agreement involves an award to a minor, the parties shall file a motion for Court approval of an infant compromise, pursuant to CPLR 1208, by August 1, 2024.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     July 19, 2024
              New York, New York